

FILED
05/18/2017
Clerk of the
Appellate Courts

# IN THE SUPREME COURT OF TENNESSEE
## AT KNOXVILLE

**GARY W. SUTTON v. STATE OF TENNESSEE**

Circuit Court for Blount County
No. C-14433

_____

No. E2016-02112-SC-R11-PD
_____

### ORDER

Upon consideration of the application for permission to appeal of Gary W. Sutton and the record before us, the application is denied.

PER CURIAM

Attachment 4