Gary Sutton
218364



STATE OF TENNESSEE
Department of Corrections
Riverbend Maximum Security Institution
7475 Cockrill Bend Blvd
Nashville, TN 37243
Telephone (615) 350-3100

## Trust Fund Affidavit

I certify that the applicant herein has the sum of $ 57.27 on account to his/her credit at Riverbend Maximum Security Institution. I further certify that the average balance in the applicant's trust fund account during the last six months was $ 65.24. A copy of the applicant's trust fund account for the last six months or the latest transaction date if older than six months is attached hereto.

S. Groves
**Signature of Authorized Officer**

Sworn to and subscribed before me this

7 day of April, 20 17.

[Notary Seal: LISA S BECKER, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF DAVIDSON]

_____
Notary Public
My Commission expires 7/5/2020

```
LTFE                         TRUST FUND TRANSACTIONS              DATE: 04/07/17
BI42AJ5                             SELECT                        TIME: 11:00

Account:  00218364  SUTTON, GARY W.                 Actual Site:   RMSI
Status:   ACTV  Sex:  M Race:  W Age:    52         Assigned Site: RMSI
Current Balance:              57.27   Pending Balance:
               Seq    Transaction             Trans
S  Trans Date  No    Type/Code/Amount         Site  Current Amount  Pend Amount
-- ----------  ----  ----------------------   ----- --------------  -----------
   04/05/2017   2   C  COC          2.93      RMSI       57.27
   04/05/2017   1   D  COM         29.14      RMSI       54.34
   03/29/2017   1   D  COM         14.59      RMSI       83.48
   03/22/2017   1   D  COM         15.41      RMSI       98.07
   03/15/2017   1   D  COM         29.57      RMSI      113.48
   03/14/2017   1   C  PAD         33.66      RMSI      143.05
   03/09/2017   1   D  COM          9.37      RMSI      109.39
   03/03/2017   2   D  COM          9.34      RMSI      118.76
   03/03/2017   1   C  VIC        100.00      RMSI      128.10
   02/23/2017   1   D  COM          6.72      RMSI       28.10
Search:
NEXT FUNCTION:        DATA:
F1-HELP      F8-PAGEDOWN  F9-QUIT      F11-SUSPEND

TOP OF LIST
```

```
LTFE                            TRUST FUND TRANSACTIONS           DATE:  04/07/17
BI42AJ5                                SELECT                     TIME:  11:00

Account:  00218364  SUTTON, GARY W.                        Actual Site:   RMSI
Status:   ACTV  Sex:  M Race:  W Age:  52                  Assigned Site: RMSI
Current Balance:          57.27     Pending Balance:
               Seq    Transaction           Trans
 S  Trans Date  No   Type/Code/Amount       Site  Current Amount  Pend Amount
---  ---------- ----  --------------------  ----- --------------- -----------
    12/06/2016   2  D  COM        9.50      RMSI        22.12
    12/06/2016   1  C  COC        1.98      RMSI        31.62
    12/01/2016   1  D  COM       27.77      RMSI        29.64
    11/22/2016   1  D  COM       49.87      RMSI        57.41
    11/15/2016   1  D  COM       37.80      RMSI       107.28
    11/09/2016   2  C  PAD       44.88      RMSI       145.08
    11/09/2016   1  C  VIC      100.00      RMSI       100.20
    11/02/2016   1  D  COM       16.01      RMSI         0.20
    10/25/2016   1  D  COM       30.86      RMSI        16.21
    10/17/2016   1  D  COM       15.10      RMSI        47.07
Search:
NEXT FUNCTION:         DATA:
F1-HELP         F4-FIRST      F7-PAGE UP    F8-PAGEDOWN  F9-QUIT     F11-SUSPEND
```