IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| GARY WAYNE SUTTON, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | No. 3:17-cv-00226 |
| v. | ) | Judge Varlan |
| | ) | |
| BRUCE WESTBROOKS, Warden, | ) | |
| | ) | |
|    Respondent. | ) | |

## NOTICE OF APPEARANCE

Undersigned counsel hereby gives notice of his appearance as counsel of record in this matter on behalf of respondent, Bruce Westbrooks, Warden, and requests that court notices and service of all pleadings, motions and other papers be directed to his attention.

                              Respectfully submitted,

                              HERBERT H. SLATERY III
                              Attorney General and Reporter

                              /s/ John H. Bledsoe
                              JOHN H. BLEDSOE
                              Deputy Attorney General
                              Federal Habeas Corpus Division
                              P.O. Box 20207
                              Nashville, Tennessee 37202
                              (615) 741-4351
                              Email: john.bledsoe@ag.tn.gov
                              B.P.R. No. 19300

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served through the Court's electronic filing system upon Susanne Bales, Assistant Federal Community Defender, 800 South Gay Street, Suite 2400, Knoxville, Tennessee 37929, on June 8, 2017.

/s/ John H. Bledsoe
JOHN H. BLEDSOE
Deputy Attorney General

2