Case No. 17-5640

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: GARY WAYNE SUTTON

        Movant

The District Court has transferred movant Gary Wayne Sutton's petition to this court as the movant has not requested nor have been given permission to file a second or successive application for habeas relief under the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. § 2244. The Sixth Circuit Clerk's office notified the movant on 03/21/2018 that the requirements of Sixth Circuit Rule 22 must be satisfied. The notice gave the movant an extension to cure the default(s).

The time has now expired and the movant has not cured the default(s) identified in the notice. It is, therefore, **ORDERED** that this action is dismissed for want of prosecution.

                                      **ENTERED PURSUANT TO RULE 45(a),**
                                      **RULES OF THE SIXTH CIRCUIT**
                                      Deborah S. Hunt, Clerk

Issued: April 09, 2018

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 09, 2018

Mr. John H. Bledsoe
Office of the Attorney General
Federal Habeas Corpus Division
500 Charlotte Avenue
Nashville, TN 37243

Mr. Stephen M. Kissinger
Federal Defender Services
800 S. Gay Street
Suite 2400
Knoxville, TN 37929

Re:  Case No. 17-5640, *Gary Sutton*
     Originating Case No. : 3:17-cv-00226

Dear Counsel:

   The Court issued the enclosed (Order/Opinion) today in this case.

                                    Sincerely yours,

                                    s/Patricia J. Elder
                                    Senior Case Manager

cc:  Mr. John L. Medearis

Enclosure

No mandate to issue